United States District Court
Southern District of Texas
**ENTERED**
April 03, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

FREDERIK SIMONI,                         §
                                         §
          Petitioner,                    §
                                         §
VS.                                      §   CIVIL ACTION NO. 4:26-CV-01433
                                         §
MARTIN L. FRINK, *et al.*,               §
                                         §
          Respondents.                   §

## ORDER OF DISMISSAL

At the time the petitioner, Frederik Simoni, filed this petition for a writ of habeas corpus under 28 U.S.C. § 2241, he was a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") officials. Respondents advise that Petitioner was removed from the United States on March 9, 2026. Doc. Nos. 7, 7-1. Petitioner does not dispute that he has been removed and that this case is moot.

Because the petitioner is no longer in custody and no controversy remains, his petition must be dismissed as moot. *See Spencer v. Kemna*, 118 S. Ct. 978, 983 (1998) (holding that a case becomes moot if it "no longer present[s] a case or controversy under Article III, § 2 of the Constitution" because "[t]he parties must continue to have a 'personal stake in the outcome' of the lawsuit'") (quoting *Lewis v. Cont'l Bank Corp.*, 110 S. Ct. 1249, 1254 (1990)).

1 / 2

Therefore, the Court **ORDERS** as follows:

1. This habeas petition is **DISMISSED** without prejudice as **MOOT.**

2. All pending motions, if any, are **DENIED as MOOT.**

3. This case is **CLOSED**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED this ____3ʳᵈ____ day of April 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE